JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
DEREK J. WILSON, Cal. Bar No. 250309
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: 619/230-0063
Facsimile: 619/233-5535

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY McCLELLAN, Individually and on Behalf of All Others Similarly Situated, | No. CV-09-1162 (MMC) |
| Plaintiffs, | CERTIFICATION OF PROPOSED LEAD PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS |
| vs. | |
| CENTURY ALUMINUM COMPANY, LOGAN W. KRUGER, MICHAEL A. BLESS, STEVE SCHNEIDER, JOHN C. FONTAINE, JACK E. THOMPSON, PETER C. JONES, JOHN P. O'BRIEN, WILLY R. STROTHOTTE, JARL BERNTZEN, CREDIT SUISSE SECURITIES (USA) LLC MORGAN STANLEY & CO. INCORPORATED, | |
| Defendants, | |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Cory McClellan, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the complaint on file in this case with my counsel, Johnson Bottini LLP, whom I designate as my counsel in this action for all purposes.

2. I did not acquire the securities of Century Aluminum Company at the direction of my counsel or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. I understand that a lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation, and whose duties may include testifying at deposition or trial.

4. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses - such as lost wages and travel expenses - directly related to the class representation, as ordered or approved by the Court pursuant to law.

5. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a class member is not affected by my decision to serve as a representative party.

7. My purchases and sales of the securities of Century Aluminum Company during the Class Period is as follows:

| Date | Type | Shares | Price |
|---|---|---|---|
| 01/28/2009 | Buy | 40 | $4.0950 |

1

| | | | |
|---|---|---|---|
| 01/30/2009 | Buy | 665 | $4.1000 |
| 01/30/2009 | Buy | 505 | $4.0500 |
| 02/26/2009 | Buy | 368 | $2.4388 |

8.  I declare under the laws of the United States of American and penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of March, 2009.

_____
CORY MCCLELLAN

2